## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

04-10413PBS

HOWARD J. HALL,

Plaintiff,

v.

OPENTV, INC., JAMES ACKERMAN
and PETER BOYLAN, III,

Defendants.

Civil Action No. _____

## LOCAL CIVIL RULE 7.3 STATEMENT

Defendants OpenTV, Inc., through its undersigned counsel, hereby identifies the following parent corporations and publicly held companies that own 10% of more of tits stock: **None**.

Dated: March 1, 2004

OPENTV INC., JAMES ACKERMAN and
PETER BOYLAN, III

By their attorneys,

Andrew C. Pickett BBO# 549872
Stephen T. Paterniti BBO# 564860
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025

-2-

OF COUNSEL:

Allan S. Bloom
Matthew I. Herman
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Local Civil Rule 7.3 Statement** by hand-delivery on all counsel of record on this 1st day of March, 2004.

H:\PaterniS\open tv\hall\pleadings\Removal Papers (OpenTV)(v2).DOC