UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD J. HALL,<br><br>      Plaintiff,<br><br>v.<br><br>OPENTV, INC., JAMES ACKERMAN<br>and PETER BOYLAN, III,<br><br>      Defendants. | Civil Action No. 04-10413PBS |

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION**

PLEASE TAKE NOTICE that upon the accompanying Affirmation of Stephen T. Paterniti, dated March 12, 2004, and the accompanying Certificates of Allan S. Bloom and Matthew I. Herman, both sworn to on March 9, 2004, Defendants, OpenTV, Inc., James Ackerman and Peter Boylan, III ("Defendants"), will move this Court at the United States District Court for the District of Massachusetts, located at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts, on the 12th day of March, 2004 at 9:30 a.m. or as soon thereafter as counsel may be heard under Local Rule 83.5.3 for an Order admitting Allan S. Bloom and Matthew I. Herman to practice pro hac vice to advise, represent and appear on behalf of Defendants in this action and to participate in the trial or argument of all matters before the Court concerning this action.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7.1, answering papers, if any, are required to be served upon the undersigned at least fourteen (14) days after receipt of this motion.

No previous application for the relief sought herein has been made.

Dated: March 12, 2004

OPENTV INC., JAMES ACKERMAN and
PETER BOYLAN, III

By their attorneys,

Stephen T. Paterniti
BBO# 564860
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025

OF COUNSEL:

Allan S. Bloom
Matthew I. Herman
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Notice of Motion for Pro Hac Vice Admission** by first-class mail, postage pre-paid on all counsel of record on this 12th day of March, 2004.

Stephen T. Paterniti