UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD J. HALL,<br><br>   Plaintiff,<br><br>v.<br><br>OPENTV, INC., JAMES ACKERMAN<br>and PETER BOYLAN, III,<br><br>   Defendants. | Civil Action No. 04-10431PBS |

## MOTION IN SUPPORT OF PRO HAC VICE ADMISSION OF
## ALLAN S. BLOOM AND MATTHEW I. HERMAN

I, Stephen T. Paterniti, Esquire, "Petitioner" herein, respectfully state:

1.  Petitioner has an office for the practice of law at the firm of Jackson Lewis LLP, 75 Park Plaza, Boston, Massachusetts 02116.

2.  Petitioner received a Juris Doctor degree from the University of Wisconsin, and petitioner is a member in good standing of the bar of the State of Massachusetts and was admitted to practice before the state courts in December, 1993.

3.  Petitioner was admitted to practice in the United States District Courts of Massachusetts on October 17, 1997 and the U.S. Court of Appeals, First Circuit, on October 7, 1997.

4.  Petitioner is also a member in good standing of the bar of the State of Connecticut, admitted to practice in 1994.

5. Since the dates of the admissions to the bar and courts set forth above, Petitioner has continued to practice in these courts and has at all times remained a member in good standing of the bar and these courts.

6. Petitioner has never been held in contempt of court nor censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor the subject of any pending complaint before any court.

7. Petitioner has read and is familiar with the provisions of Title 28 of the United States Code, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the District of Massachusetts, and the standards of professional conduct set out in the Rules of the Supreme Judicial Court of Massachusetts.

WHEREFORE, pursuant to Local Rule 83.5.3, the Petitioner respectfully requests that Allan S. Bloom and Matthew I. Herman be admitted pro hac vice as attorneys in the United States District Court for the District of Massachusetts, to advise, represent and appear on behalf of Defendants in this action and to participate in the trial or argument of all matters before the Court concerning this action.

I verify under penalty of perjury that the foregoing is true and correct.

Petitioner: _____
Stephen T. Paterniti

Sworn to me this 12th day of March, 2004

_____
Notary Public
My Commission Expires 9/11/07

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Motion In Support of Pro Hac Vice Admission of Allan S. Bloom and Matthew I. Herman attaching the Certificates Requesting Pro Hac Vice Admission** by first-class mail, postage pre-paid on all counsel of record on this ___ day of March, 2004.

Stephen T. Paterniti