**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HOWARD J. HALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OPENTV, INC., JAMES ACKERMAN<br>and PETER BOYLAN, III,<br><br>　　　　Defendants. | Civ. No. 04-10413-PBS<br><br>**CERTIFICATE REQUESTING<br>PRO HAC VICE ADMISSION** |

　　　　I, Allan S. Bloom, hereby request permission to appear pro hac vice in the above-captioned case filed in the United States District Court for the District of Massachusetts. I state under penalty of perjury that I am a member in good standing and am eligible to practice before of the Bar of the following: New York State Courts, the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York, the U.S. Court of Appeals, Second Circuit, and U.S. Supreme Court. There are no disciplinary proceedings pending against me as member of the bar in any jurisdiction.

　　　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

　　　　I am not eligible for admission under Local Rule 83.5.1(a) and I do not reside or maintain an office for the practice of law in the State of Massachusetts. I have provided

fully all information requested on this application. I designate Stephen T. Paterniti of Jackson Lewis LLP, 75 Park Plaza, Boston, Massachusetts 02116 as local counsel.

Respectfully submitted on this 9th day of March, 2004.

_____
Allan S. Bloom
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090