# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court



I, **Martha Fulham, Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-00439** entered in the Superior Court on **02/04/2004.**

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell this 8th day of March, in the year of our Lord 2004

*Assistant Clerk of the Courts*



cvdremlett_1.wpd 2526961 removus ginger