UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOWARD J. HALL,

        Plaintiff,

v.

OPENTV, INC., JAMES ACKERMAN
and PETER BOYLAN, III,

        Defendants.

C.A. No. 04-10413-PBS

**PLAINTIFF'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), plaintiff Howard J. Hall and his counsel, Laurence H. Reece, III, hereby certify that Mr. Hall and Mr. Reece have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of

1

alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                      HOWARD J. HALL

                                      By his attorneys,

_____             _____
Howard J. Hall                                             Laurence H. Reece, III
                                                     BBO #414460
                                                     Judy S. Kawaf
                                                     BBO #648418
                                                     Reece & Associates, P.C.
                                                     One Bowdoin Square
                                                     Boston, Massachusetts 02114
                                                     (617) 747-7550

Dated: April 8, 2004

### Certificate of Service

    I hereby certify that I caused a copy of the foregoing document to be served by U.S. mail, postage prepaid, upon Andrew C. Pickett, Jackson Lewis LLP, 75 Park Plaza, 4th Floor, Boston, Massachusetts 02116, and Allan S. Bloom, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 8th day of April 2004.

                                                                     _____
                                                                       Judy S. Kawaf