UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD J. HALL,<br><br>Plaintiff,<br><br>v.<br><br>OPENTV, INC., JAMES ACKERMAN and PETER BOYLAN, III,<br><br>Defendants. | Civ. No. 04-10413-PBS<br><br>**DEFENDANTS' LOCAL<br>RULE 16.1 CERTIFICATION** |

Defendants and the undersigned counsel for Defendants, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

a. with a view to establishing a budget for the cost of conducting the full course - and various alternative courses of this litigation; and

b. to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Dated: April 8, 2004

/s Allan S. Bloom
Allan S. Bloom
Paul, Hastings, Janofsky & Walker, LLP
Attorney for Defendants

/s Scott M. Wornow
Scott M. Wornow
Senior Vice President and General Counsel,
OpenTV, Inc.,
Signed on behalf of Defendants OpenTV,
Inc., James Ackerman, and Peter Boylan III.