UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Howard Hall
Plaintiff,

V.                                                     Civil Action Number
                                                         04-10413-PBS

OpenTv, Inc., et al
Defendant.                                       April 13, 2004


SCHEDULING ORDER


Saris, D.J.,

Fact Discovery deadline: 9/15/04

Summary Judgment Motion filing deadline: 10/15/04

Opposition to Summary Judgment Motions: 10/29/04

Hearing on Summary Judgment or Pretrial Conference: 11/11/04 at 2:00 p.m.

Final Pretrial Conference: 1/4/05 at 2:00 p.m.

Jury Trial: 1/10/05 at 9:00 a.m.

Case to be referred to Mediation program: Summer, 2004


By the Court,

 /s/ Robert C. Alba
Deputy Clerk