UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD J. HALL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04-10413-PBS |
| ) | |
| OPENTV, INC., JAMES ACKERMAN ) | |
| And PETER BOYLAND, III, ) | |
| ) | |
| Defendants ) | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Frederic N. Halström and Nance Lyons, as attorneys for the plaintiff in the above-referenced litigation.

PLAINTIFF

By his Attorneys,

Frederic N. Halström – BBO #218420
HALSTRÖM LAW OFFICES, P.C.
P.O. Box 121203
Boston, MA 02112
(617) 262-1060

Nance Lyons – BBO #309740
Law Office of Nance Lyons
132 Boylston Street
Boston, MA 02116
617-262-1060

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 5/3/04.