UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOWARD J. HALL,

          Plaintiff,

v.

OPENTV, INC., JAMES ACKERMAN
and PETER BOYLAN, III,

          Defendants.

C.A. No. 04-10413-PBS

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2, the law firm of Reece & Associates, P.C. and attorneys Laurence H. Reece, III and Judy S. Kawaf hereby withdraw as counsel for plaintiff Howard J. Hall. This notice is accompanied by the appearance of successor counsel; no motions are pending before the court; and no trial date has been set.

          Laurence H. Reece, III
          BBO #414460
          Judy S. Kawaf
          BBO #648418
          Reece & Associates, P.C.
          One Bowdoin Square
          Boston, Massachusetts 02114
          (617) 747-7550

Dated: May 3, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/3/04.

1