UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD J. HALL,                )<br>                                              )<br>          Plaintiff,             )<br>     v.                              )<br>                                              )<br>OPENTV, INC., et al.,      )<br>                                              )<br>          Defendants.      ) | CIVIL ACTION<br>NO. 04-10413-PBS |

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[  ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On __September 28, 2004__, I held the following ADR proceeding:

| | |
|---|---|
| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| __X__ MEDIATION | _____ SUMMARY BENCH/JURY TRIAL |
| _____ MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

All parties were represented by counsel. The parties were present in person or by authorized corporate officer.

The case was:

[  ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress. A further conference has been scheduled for __October 12, 2004__, unless the case is reported settled prior to that date.

[  ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[  ]   Suggested strategy to facilitate settlement:

_____
_____

                                                                    / s / Judith Gail Dein
                                                                    Judith Gail Dein, U.S. Magistrate Judge
DATED: September 29, 2004                      ADR Provider