UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD J. HALL, )<br> )<br> Plaintiff, )<br> v. )<br> )<br>OPENTV, INC., et al., )<br> )<br> Defendants. ) | CIVIL ACTION<br>NO. 04-10413-PBS |

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On October 13, 2004 , I held the following ADR proceeding:

 _____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION

 X CONTINUED MEDIATION _____ SUMMARY BENCH/JURY TRIAL

 _____ MINI-TRIAL _____ SETTLEMENT CONFERENCE

All parties were represented by counsel. The parties were present in person or by telephone.

The case was:

[ X ]   Settled. Your clerk should enter a 45-day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

 / s / Judith Gail Dein
 Judith Gail Dein, U.S. Magistrate Judge
DATED: October 13, 2004 ADR Provider