UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              Civil Action
                              No: 04-10413-PBS

Howard J. Hall
Plaintiff

v.

OpenTV, Inc., et al
Defendant

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated.

                              By the Court,

                              /s/ Robert C. Alba
                              Deputy Clerk

October 13, 2004

To: All Counsel